| 95  519.
Case 1
120  226

WALTERS v. THE COLLINS PARK & BELT RAILROAD CO.

SIMMONS, C. J.—It appeared from the evidence of the plaintiff, who was a passenger upon an open electric car, that he signaled the conductor to stop, that the speed of the car was greatly reduced, that while it was yet in motion the plaintiff stepped out upon the running board, picked up his sample case with his right hand, turned his body a little outward from the car, let loose the upright support with his left hand, and was just in the act of stepping off when the conductor signaled the motorman to go forward, who obeyed, and the car gave a sudden and violent jerk, by reason of which the plaintiff was thrown to the ground and injured. Under these facts it was error to grant a nonsuit, as the jury might have found that the plaintiff was not guilty of such negligence as would bar all right of recovery. But for the signal to go forward, and the jerk, the judgment of nonsuit would have been affirmed.                                    *Judgment reversed.*

November 12, 1894.  By two Justices.

Action for damages.   Before Judge VAN EPPS.   City court of Atlanta.   March term, 1894.

R. J. JORDAN, for plaintiff.

HILLYER, ALEXANDER & LAMBDIN, for defendant.

---

WELCH v. SINGLETON.

LUMPKIN, J.—1. Although the plaintiff's petition prayed for process returnable to the January term of the city court, and was backed, numbered and docketed accordingly, yet as the process itself and the copy process served upon the defendant required him to appear and answer at the next ensuing March term, the case could not, as to him, be treated as returnable to the January term.

2. It appearing that the case was improperly assigned for trial as a case of the January term, and that consequently it was afterwards called for trial out of its proper order and a judgment rendered against the defendant, although he had in due time filed an issuable defense, there was no error, at the next term, in setting the judgment aside and ordering the case to be reinstated, it appearing that the defendant had not been negligent in failing to ascertain earlier the fact that the judgment had been entered.

November 12, 1894.  By two Justices.                    *Judgment affirmed.*